# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **University of Connecticut** was received by me on *(date)* **01/14/20**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Michelle Cloutier**, who is designated by law to accept service of process on behalf of *(name of organization)* **UConn & the CT Attorney General** on *(date)* **01/15/20** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0** 0.00

I declare under penalty of perjury that this information is true.

Date: **01/15/20**

_____
Servers signature

**Hayley DeFranzo, Paralegal**
Printed name and title

**73 Wadsworth Street, Hartford, CT 06106**
Servers address

Additional information regarding attempted service, etc:

Sworn to and Subscribed before me this 15th Day of January, 2020.

_____

Mario Cerame
Commissioner of the Superior Court
of the State of Connecticut