UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RYAN MUCAJ et al.         :

v.                        :         3:20-cv-66 (MPS)

UNIVERSITY OF CONNECTICUT et al.   :   JANUARY 16, 2020

## PROOF OF SERVICE

A true and complete copy of the plaintiffs' Emergency Motion for Temporary Restraining Order or Preliminary Injunction; docket entry 10; along with eleven tabulated exhibits and the January 15, 2020 Letter to the Court, I received on January 16, 2020, intended for service on MARK KOHLER, ESQ., ASSISTANT ATTORNEY GENERAL.

In accordance with Federal Rule of Civil Procedure 5(b), I effected service by:

\_\_\_\_\_ handing it to his person directly.

__X__ leaving it with a clerk or other person in charge, specifically __Sarah D.__ who was authorized by AAG Kohler to receive.

The time when service was effected: __9:02 AM__.

Date: JANUARY 16, 2020        BY:   /s/ Mario Cerame ct30125
                                    Mario Cerame
                                    Brignole, Bush & Lewis LLC
                                    73 Wadsworth Street
                                    Hartford, Connecticut 06106
                                    T: 860.527.9973
                                    F: 860.527.5929
                                        mario@brignole.com
                                        attorneys@brignole.com

[RECEIVED 2020 JAN 16 AM 9:02 ATTORNEY GENERAL stamp]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RYAN MUCAJ et al.                            :

v.                                            :        3:20-cv-66 (MPS)

UNIVERSITY OF CONNECTICUT et al.    :        JANUARY 16, 2020

## PROOF OF SERVICE

A true and complete copy of the plaintiffs' Emergency Motion for Temporary Restraining Order or Preliminary Injunction; docket entry 10; along with eleven tabulated exhibits and the January 15, 2020 Letter to the Court, I received on January 16, 2020, intended for service on HENTRY SALTON, ESQ., ASSISTANT ATTORNEY GENERAL.

In accordance with Federal Rule of Civil Procedure 5(b), I effected service by:

_____ handing it to his person directly.

__X__ leaving it with a clerk or other person in charge, specifically _Sarah D._ who was authorized by AAG Kohch to receive.

The time when service was effected: _9:02AM_.

Date: JANUARY 16, 2020          BY:   /s/ Mario Cerame ct30125
                                      Mario Cerame
                                      Brignole, Bush & Lewis LLC
                                      73 Wadsworth Street
                                      Hartford, Connecticut 06106
                                      T: 860.527.9973
                                      F: 860.527.5929
                                         mario@brignole.com
                                         attorneys@brignole.com

2020 JAN 16 AM 9:02  RECEIVED