**CALENDAR AND SETTLEMENT CONFERENCE ORDER**

A settlement conference with the undersigned has been scheduled in this case for **January 24, 2020 at 10:00 a.m.** at 450 Main Street, Hartford, Connecticut.  Those in attendance at the conference should be prepared to spend the remainder of the day at the settlement conference.

I. PARTIES WITH FULL AUTHORITY MUST ATTEND.  The parties are hereby ORDERED to be present at the conference.  If a party is a legal entity, not an individual, a representative of the party who is fully authorized to decide all matters pertaining to the case shall be present at the conference.  The purpose of this requirement is to have in attendance a person with both the authority and independence to settle the case during the settlement conference without consulting anyone not present.  The requirement that parties personally appear is intended to increase the efficiency and effectiveness of the settlement conference.

II. CONFERENCE MEMORANDA.  **By noon on January 22, 2020,** counsel shall submit ex parte, confidential conference memorandum.  The memorandum shall be double spaced in no less than 12 point font and shall not exceed 10 pages.  It shall include: (A) a list of the claims and defenses; (B) the legal elements of the claims and defenses; (C) the evidence in support of the claims and defenses; (D) a discussion of the strengths and

weaknesses of the case; (E) settlement negotiations to date; (F) a discussion of the parties' incentives and impediments to settlement; and (G) a list of all those who will attend the conference, including job titles.

Settlement conference memoranda should be emailed to Robert_Wood@ctd.uscourts.gov

SO ORDERED this 17th day of January, 2020 at Hartford, Connecticut.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge