**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN MUCAJ, *et al.* | : | Civil Case 3:20-CV-00066 (MPS) |
|    *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, *et al.* | : | |
|    *Defendants* | : | JANUARY 24, 2020 |

## PARTIES' JOINT LIST OF WITNESSES AND EXHIBITS

**Plaintiffs' Witnesses:**

   None

**Defendants' Witnesses:**

   Megan Buda, UConn Director of Community Standards

**Plaintiffs' Exhibits (agreed to):**

1. *Wu* Consent Decree
2. New York Times article, December 11, 1989 re *Wu*
3. January 26, 2015 Letter, ACLU Foundation of CT to UConn President Herbst
4. October 11, 2019 email from Eleanor Daugherty
5. Warrant Affidavit
6. Mucaj Investigation Materials and Recommendations
7. Karal Investigation Materials and Recommendations
8. October 23, 2019 Letter Kytan to Mucaj
9. January 8, 2020 email Gelston to Cerame
10. R. Mucaj Affidavit January 14, 2020
11. J. Karal Affidavit January 14, 2020
12. G. Mucaj Affidavit January 24, 2020
13. R. Mucaj Second Affidavit January 24, 2020
14. Fox 61 News Story re: October 21, 2019 Rally
15. Cover photo to Fox 61 news story
16. UConn NAACP Open Letter to UConn Faculty October 21, 2019
17. Open Letter by Professor Noel Cazenave, October 18, 2019 to UConn President
18. Daily Campus February 2, 2017

**Defendants' Exhibits (agreed to):**

500: Affidavit of Alexandra Kytan, January 23, 2020

501. Six year data compilation of UConn Community Standards matters where "disruption" alleged

502. Excerpt from matter No. 20180271

503. Excerpt from matter No. 20141861

504. Excerpt from matter No. 20141379

505. Excerpt from matter No. 20171825

506. Excerpt from matter No. 20141963

507. Excerpt from matter No. 20160818

508. 3.5 Year Data compilation of incidents where bias reported

509. Excerpt from matter No. 20170431

510. Excerpt from matter No. 20181891

511. Excerpt from matter No. 20190154

512. Excerpt from matter No. 20181912

PLAINTIFFS,
RYAN MUCAJ, JARRED KARAL

DEFENDANTS,
UNIVERSITY OF CONNECTICUT, et al.
WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Mario Cerame
Brignole, Bush & Lewis
73 Wadsworth Street
Federal Bar No. ct30125
mario@brignole.com
73 Wadsworth Street
Hartford, CT  06106
Tel: (860) 527-9973
Fax: (860) 527-5929

BY:/s/ Ralph E. Urban
Ralph E. Urban
Assistant Attorney General
Federal Bar No. ct00349
ralph.urban@ct.gov
Office of the Attorney General
165 Capitol Avenue
Hartford, CT  06106
Tel: (860) 808-5210
Fax: (860) 808-5385