Civil- (Dec-2008)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson    RPTR/ECRO/TAPE J. Monette
TOTAL TIME: 2 hours 7 minutes
DATE: Jan. 29, 2020   START TIME: 9:03   END TIME: 11:10
LUNCH RECESS   FROM:   TO:
RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:20CV66 (MPS)

| MUCAJ, et al | Cerame |
|---|---|
| | Plaintiff's Counsel |
| vs | |
| UCONN, et al | Urban |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing              ☐ Show Cause Hearing
☑ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☑ .....  ☐ Briefs(s) due ____ ☐ Proposed Findings due 3/2/20   Response due ____
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ .......... _____  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: