UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MUCAJ et al. | : | |
| v. | : | 3:20-cv-66 (MPS) |
| UNIVERSITY OF CONNECTICUT et al. | : | APRIL 3, 2020 |

## **MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE**

The plaintiffs request an additional two weeks to respond to the order to show cause.

This time is necessary for several reasons. First, the time is necessary because undersigned counsel has been ordered quarantined by a medical professional. In light of the international circumstances, even a minor issue caused tremendous logistical upheaval in his workplace. Among other things, undersigned counsel unexpectedly lost physical access his workspace on March 25, 2020, and has been unable to access since. Accordingly, this time is necessary to facilitate a mindful response.

Second, the time is necessary to facilitate a possible settlement. When the TRO ends, defendants may make certain administrative decisions—and so the matter may not be moot, it is not clear. The parties are in discussions that **may** obviate the need for substantial litigation—but additional time is necessary to give these discussions an opportunity to take form.

There is cause for this motion. The circumstances of being quarantined are unusual and not reasonably foreseen. There is a strong interest in obviating the need for additional litigation. Moreover the defendants join in this request for additional time.

BY: */s/ Mario Cerame ct30125*
Mario Cerame
Brignole, Bush & Lewis LLC
73 Wadsworth Street
Hartford, Connecticut 06106
T: 860.527.9973
F: 860.527.5929
E: mario@brignole.com
attorneys@brignole.com

## CERTIFICATION

The foregoing has been delivered on April 3, 2020, by email to all counsel of record by way of the Court's CM/ECF system.

                BY:    */s/ Mario Cerame ct30125*
                          Mario Cerame