UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MUCAJ et al. | : |
| v. | :   3:20-cv-66 (MPS) |
| UNIVERSITY OF CONNECTICUT et al. | :   APRIL 17, 2020 |

**RESPONSE TO ORDER TO SHOW CAUSE AND**
**WITHDRAWAL OF REQUEST FOR PRELIMINARY INJUNCTION**

In light of the change of circumstances as outlined by the Court, undersigned counsel recognizes the potency of the concerns articulated by the Court as to mootness vis-à-vis the preliminary injunction sought. As to that issue, the plaintiffs must concede.

Undersigned counsel understands that there is some likelihood, however, that the school will take administrative action after the TRO is lifted or that the school will make determinations of some kind after the TRO is lifted. The specifics as to what this may entail is not yet absolutely clear, and accordingly, the necessity or appropriateness of preliminary injunctive relief as to such possible actions is similarly not clear at this time.

Accordingly, the plaintiffs would reserve their right to seek preliminary injunctive relief in the future, if necessary and appropriate under the circumstances and according to law.

BY:   */s/ Mario Cerame ct30125*
Mario Cerame
Brignole, Bush & Lewis LLC
73 Wadsworth Street
Hartford, Connecticut 06106
T: 860.527.9973
F: 860.527.5929
E: mario@brignole.com
attorneys@brignole.com

## CERTIFICATION

The foregoing has been delivered on April 17, 2020, by email to all counsel of record by way of the Court's CM/ECF system.

                    BY:    */s/ Mario Cerame ct30125*
                                Mario Cerame