UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MUCAJ, ET AL. | : | NO. 3:20-cv-00066(MPS) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, ET AL. | : | |
| | : | |
| Defendants | : | JULY 22, 2020 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the following Defendants in the above-captioned case: University of Connecticut in its official capacity; Thomas Katsouleas in his official capacity; Michael Gilbert in his official capacity; Eleanor Daugherty in her official and individual capacities; Maureen Armstrong in her official and individual capacities; Alexandra Kytan in her official and individual capacities; and Kim Colon in her official and individual capacities.

Dated at Hartford, Connecticut, this 22nd day of July, 2020.

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General
Federal Bar No. ct15436
165 Capitol Avenue, P.O. Box 120
Hartford, CT 06141-0120
Tel. (860) 808-5210
Fac. (860) 808-5385
Mary.lenehan@ct.gov

**CERTIFICATION**

I hereby certify that on July 22, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General