**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN MUCAJ, ET AL. | : | NO. 3:20-cv-00066 (MPS) |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| ET AL. | : | |
|     Defendants | : | JULY 28, 2020 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the Defendants respectfully move the Court to permit the

withdrawal of the appearance of Ralph E. Urban, Assistant Attorney General, who is retiring from

the Attorney General's Office effective August 1, 2020. Other counsel have appeared for the

Defendants.

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

BY:  /s/ Ralph E. Urban
      Ralph E. Urban
      Assistant Attorney General
      Federal Bar No. ct00349
      165 Capitol Avenue
      Hartford, CT 06106
      Tel. (860) 808-5210
      Fac. (860) 808-5385
      Ralph.Urban@ct.gov

## CERTIFICATION

I hereby certify that on July 28, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/s/ Ralph E. Urban
Ralph E. Urban
Assistant Attorney General