UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RYAN MUCAJ, et al.  :  3:20-CV-00066 (MPS)

    *Plaintiffs*

V.  :

UNIVERSITY OF CONNECTICUT, et al.

    *Defendants*  :  SEPTEMBER 1, 2020

## STATE DEFENDANT'S' FED.R.CIV.P. 26(a)(1) INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), the defendants hereby provide the following initial disclosures:

(i)    the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

    a. Megan Buda, Director of Community Standards, University of Connecticut, 233 Glenbrook Rd., Unit 4119, Storrs, CT 06269, Phone: 860-486-8402, will likely have information regarding the investigation and standard University policies and procedures with respect to disciplinary action.
    b. Alexandra Kytan, Assistant Director of Community Standards, University of Connecticut, 233 Glenbrook Rd., Unit 4119, Storrs, CT 06269, Phone: 860-486-8402, will likely have information regarding the investigation.
    c. Beth Helinski, Residence Hall Director, University of Connecticut, 1346 Storrs Road, Unit 4238, Storrs, CT 06269, Phone: 860 486-2639, will likely have information regarding the initial reports of the incident.
    d. Kimberly Martinez Colón, Assistant Director of Community Standards, University of Connecticut, 233 Glenbrook Rd., Unit 4119, Storrs, CT 06269, Phone: 860-486-8402, will likely have information regarding the investigation.
    e. Eleanor Daugherty, Associate Vice President for Student Affairs & Dean of Students, University of Connecticut, 233 Glenbrook Road, Unit 4062,

        Storrs, CT 06269, Phone: 860 486-0988, will likely have information regarding standard University policies and procedures with respect to disciplinary action.

(ii)    a copy--or a description by category and location--of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

        The University of Connecticut has documents related to the investigation into the allegations that the plaintiffs violated the Student Conduct Code, including affidavits signed by the plaintiffs; an affidavit signed by a witness to the incident; spread sheets that include data regarding incidents involving disciplinary actions resulting from Student Conduct Code violations.

(iii)    a computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and

        Not applicable.

(iv)    for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

        Not applicable.

        **STATE DEFENDANTS**
        **WILLIAM TONG**
        **ATTORNEY GENERAL**

**BY**:  /s/ Mary K. Lenehan
       Mary K. Lenehan
       Assistant Attorney General
       Federal Bar No. ct15436
       mary.lenehan@ct.gov
       Office of the Attorney General
       165 Capitol Ave, P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385

## **CERTIFICATION**

I hereby certify that on September 1, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General
Federal Bar No. ct15436
