**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RYAN MUCAJ, et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:20-cv- 00066 (MPS) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, et al. | : | |
| *Defendants* | : | NOVEMBER 25, 2020 |

## MOTION FOR EXTENSION OF TIME

Defendants respectfully move that, pursuant to Fed. R. Civ. P. 6(b) and Local Rule of Civil Procedure 7(b), the Court extend the time for the Defendants to file a motion to dismiss in this matter. Defendants specifically request that the court extend the Defendants' deadline by thirty (30) days from the current deadline of December 7, 2020 to January 6, 2021.

The Defendants respectfully submit that good cause exists for such a request:

1. The undersigned counsel has been diligently working to draft a motion to dismiss and supporting memorandum of law in this matter.
2. The issues to be considered in a motion to dismiss are complex.
3. The undersigned counsel was assigned to this matter in August 2020.
4. The Department of Health and Education at the Attorney General's Office has faced reduced attorney staff due to two retirements, including the department head and the counsel previously assigned to this matter.
5. The undersigned has had to take responsibility for additional tasks and assignments due to the retirements and while the department head search was taking place.

6. The additional time requested would allow the undersigned to properly prepare the arguments to be considered in the motion to dismiss.

7. The undersigned counsel has inquired of the plaintiffs' counsel and he does not object to the granting of this motion.

8. This is the first request for extension of time of this deadline.

For the foregoing reasons, Defendants respectfully request the Court grant their motion.

        DEFENDANTS

        UNIVERSITY OF CONNECTICUT, et al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY: /s/ Mary K. Lenehan
       Mary K. Lenehan
       Assistant Attorney General
       Ct15436
       165 Capitol Avenue
       Hartford, CT  06106
       Tel:  (860) 808-5210
       Fax: (860) 808-5385
       Email:  mary.lenehan@ct.gov

## **CERTIFICATION**

I hereby certify that on November 25, 2020, a copy of the foregoing Defendants' *Motion for Extension of Time* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General