UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RYAN MUCAJ, et al. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:20-cv- 00066 (MPS) |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, et al. | : | |
| *Defendants* | : | DECEMBER 24, 2020 |

## MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF FORTY PAGES

Defendants respectfully move this court for permission to file a memorandum of law in support of the motion to dismiss that exceeds the forty page limit set forth in Local Rule 7(a)(2). The defendants seek to file a memorandum of law that is up to sixty-five (65) pages in length. In support of this motion, counsel for the defendants state:

1. The undersigned counsel has been diligently working to draft a motion to dismiss and supporting memorandum of law in this matter.

2. The issues to be considered in a motion to dismiss are complex.

3. On October 22, 2020, the plaintiffs filed an amended complaint, (the "Amended Complaint"). The Amended Complaint alleges that the Defendants violated the plaintiffs' rights under the First Amendment and a consent decree entered in an earlier litigation.

4. There are significant Article III and qualified immunity concerns that must be addressed before this case can proceed because they relate to the court's jurisdiction over this matter. There is also an argument that the plaintiffs have failed to state a First Amendment claim that needs to be considered prior to proceeding any further with this litigation.

5. In order to properly address the issues raised in the Amended Complaint, it is necessary for the defendants to thoroughly brief the issues in a memorandum of law in support of a motion to dismiss. Counsel for the defendants believes that the additional pages are necessary in this case because of the number and complexity of the Article III standing issues and the substantive issues around the plaintiffs' First Amendment claims.

6. Thorough briefing of the issues by both parties in this case will assist the court and ultimately may conserve significant judicial resources.

7. On December 24, 2020, counsel for the defendants contacted Attorney Mario Cerame, counsel for the plaintiffs, and informed him that counsel for the defendants intended to seek permission to file an oversize memorandum of law. Attorney Cerame indicated that he leaves the decision to the court's discretion.

WHEREFORE, the defendants' request for permission to file a memorandum of law in support of a motion to dismiss up to sixty-five (65) pages in length should be granted.

For the foregoing reasons, Defendants respectfully request the Court grant their motion.

        DEFENDANTS

        UNIVERSITY OF CONNECTICUT, et al.

        WILLIAM TONG
        ATTORNEY GENERAL

BY: /s/ Mary K. Lenehan
     Mary K. Lenehan
     Assistant Attorney General
     Ct15436
     165 Capitol Avenue
     Hartford, CT  06106
     Tel:  (860) 808-5210
     Fax: (860) 808-5385
     Email:  mary.lenehan@ct.gov

## **CERTIFICATION**

I hereby certify that on December 24, 2020, a copy of the foregoing Defendants' *Motion for Permission to File Brief in Excess of Forty Pages* was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General