UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RYAN MUCAJ et al.                                 :

v.                                                :        3:20-cv-66 (MPS)

UNIVERSITY OF CONNECTICUT et al      :        MARCH 15, 2021

## **PLAINTIFFS' MOTION TO DISMISS**

Plaintiffs move to discontinue the suit and to voluntarily dismiss the action in accordance with Rule 41(a)(2). Plaintiffs, having graduated, have obtained the substance of what they wanted from this. Plaintiffs have no interest in prolonging litigation as the Defendants have taken no further adverse actions. Plaintiffs have a good faith belief that this will continue to be the case. See also Rule 1. There is no counterclaim in this case. The dismissal is before substantive discovery. The Court should grant the motion without prejudice.

BY:   */s/ Mario Cerame ct30125*
        Mario Cerame
        mario@brignole.com

        Brignole, Bush & Lewis LLC
        73 Wadsworth Street
        Hartford, Connecticut 06106
        T: 860.527.9973
        F: 860.527.5929
        E: mario@brignole.com

## CERTIFICATION OF SERVICE

      I hereby certify that on March 15, 2021, a copy of the foregoing Motion was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court' s electronic filing system or by mail to anyone unable accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                            */s/ Mario Cerame*
                                            Mario Cerame